

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTEENTH DISTRICT, AT AUSTIN

No. 15-24-00033-CV

**Robert Wayne Mitchell**

v.

**Bryan Collier in his official capacity as Executive Director of the Texas Department of Criminal Justice**

(No. DC-23-04417 IN 298TH DISTRICT COURT OF DALLAS COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 01/17/2025 | E-PAID | APE |
| MT FEE | $10.00 | 08/14/2024 | TRANSFER | ANT |
| MT FEE | $10.00 | 07/31/2024 | TRANSFER | ANT |
| RPT RECORD | $160.00 | 06/29/2024 | TRANSFER | ANT |
| FILING | $205.00 | 06/07/2024 | TRANSFER | ANT |

**The costs incurred on appeal to the Fifteenth Court of Appeals, Austin, Texas: $395.00**
**Balance of costs owing to the Fifteenth Court of Appeals, Austin, Texas:   $0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FIFTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifteenth District of Texas, this May 23, 2025.



**CHRISTOPHER A. PRINE, CLERK**